# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-cr-00043-YY** |
| **v.** | **INFORMATION** |
| **IAN ALEXANDER,** | **41 C.F.R. § 102-74.385** |
| **Defendant.** | |

### THE UNITED STATES ATTORNEY CHARGES:

**<u>COUNT 1</u>**
**(Failing to Comply with a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about June 17, 2025, in the District of Oregon, defendant **IAN ALEXANDER** did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building, and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

/ / /

/ / /

/ / /

**Information**                                                                                          **Page 1**

**COUNT 2**
**(Failing to Comply with a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about July 16, 2025, in the District of Oregon, defendant **IAN ALEXANDER,** did

willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs

Enforcement Building, and fail to comply with the lawful direction of federal police officers and

other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal

Regulations, Section 102-74.385, a class C misdemeanor.

Dated: February 24, 2026                    Respectfully submitted,

                                            SCOTT E. BRADFORD
                                            United States Attorney

                                            */s/ Andrew B. Kartchner*
                                            ANDREW B. KARTCHNER, OSB #135784
                                            Assistant United States Attorney

**Information**                                                                 **Page 2**