Peyton Lee, OSB #164224
Assistant Federal Public Defender
Email: peyton_lee@fd.org

FILED 02 JUN '26 14:00 USDC-ORP

Tatum Lohman
Certified Law Clerk
Email: tatum_lohman@fd.org

Katie Jahangiri
Certified Law Clerk
Email: Katie_Jahangiri@fd.org

101 S.W. Main Street, Suite 1700
Portland, Oregon 97204
(503) 326-2123 Telephone

Counsel for Mr. Alexander

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:26-cr-00043-YY |
| Plaintiff, | |
| v. | CONVENTIONALLY FILED EXHIBITS TO DEFENSE TRIAL MEMORANDUM |
| IAN ALEXANDER, | |
| Defendant. | |

Defendant, Ian Alexander, through counsel, submits Exhibits 101-104 to Defense Trial Memorandum to the Court on thumb drive for conventional filing.

Dated: June 2, 2026.

/s/ Peyton Lee
Peyton Lee, OSB #164224

Page 1    Conventionally Filed Exhibits to Defense Trial Memorandum

_/s/ Tatum Lohman_
Tatum Lohman, Certified Law Clerk

_/s/ Katie Jahangiri_
Katie Jahangiri, Certified Law Clerk

