SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**ANDREW KARTCHNER, OSB #135784**
Assistant United States Attorney
Andrew.Kartchner@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| | **Case No. 3:26-cr-00043-YY** |
| v. | |
| | **MOTION TO DISMISS WITHOUT** |
| **IAN ALEXANDER,** | **PREJUDICE** |
| **Defendant.** | **Rule 48(a) Fed. R. Crim. P.** |

The government moves the Court for an Order under Fed. R. Crim. P. Rule 48(a) to dismiss without prejudice the above-referenced charges, in the interest of justice.

Dated: June 17, 2026,                    Respectfully submitted,

                                         SCOTT E. BRADFORD
                                         United States Attorney


                                         */s/ Andrew Kartchner*
                                         ANDREW KARTCHNER, OSB #135784
                                         Assistant United States Attorney

**Motion**                                                        **Page 1**