# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:26-cr-00043-YY |
| v. | DISMISSAL ORDER |
| IAN MALCOM ALEXANDER, | Rule 48(a) Fed. R. Crim. P. |
| Defendant. | |

This matter, having come before the Court on the government's motion to dismiss the above-referenced criminal Information without prejudice pursuant to Rule 48(a), Fed. R. Crim. P., and the Court being fully advised;

IT IS HEREBY ORDERED that the Information against Defendant, in the above-captioned case, filed on February 24, 2026, be DISMISSED without prejudice.

Dated: June 17, 2026

_____
HONORABLE YOULEE YIM YOU
United States District Judge

Presented by:

SCOTT E. BRADFORD
United States Attorney

*/s/ Andrew Kartchner*
ANDREW KARTCHNER, OSB #135784
Assistant United States Attorney

**Order Dismissing Information without Prejudice** **Page 1**